BL9122271

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

IN RE: LANCE P MCCULLOUGH           :    Chapter:    13
       JANELLE L MCCULLOUGH        :
                                    :
                                    :    CASE NO:    12-23412
                                    :

**NOTICE OF ADDRESS CHANGE**

eCast Settlement Corporation hereby changes its address for its claim number 5, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

    3936 E FT. LOWELL, SUITE 200
    TUCSON, AZ  85712

New Address for Notices and Payments:

    eCast Settlement Corporation
    PO Box 28136
    New York, NY 10087-8136
    610-228-2570
    proofofclaim@becket-lee.com

Respectfully Submitted,

By:  Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

DATE:    7/25/2016