WPAB FORM 7 (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 12-23412-GLT |
| | ) |
| Lance P. McCullough | ) Chapter 13 |
| Janelle L. McCullough | ) |
| Debtors. | ) Related to Docket No. 152-153 |
| | ) |
| | ) Conciliation Conf.: 12/8/16 at 11:30 a.m. |
| | ) |
| | ) Response Date: 12/01/16 |
| | ) Document No. |

**CERTIFICATE OF SERVICE OF Order Scheduling Dates for Response and Hearing, the Notice of the Proposed Modification to Confirmed Plan, and the Amended Plan Dated October 28, 2016**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 1, 2016.

MAILING MATRIX

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 1, 2016          **BY: /s/ David Z. Valencik**
                                        **Donald R. Calaiaro, Esquire   PA ID #27538**
                                        **dcalaiaro@c-vlaw.com**
                                        **David Z. Valencik, Esquire    PA ID #308361**
                                        **dvalencik@c-vlaw.com**
                                        **CALAIARO VALENCIK**
                                        **428 Forbes Avenue**
                                        **Pittsburgh, PA  15219-1621**
                                        **(412) 232-0930**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 12-23412-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Nov  1 15:21:15 EDT 2016 | Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 | BANK OF AMERICA, N.A.<br>7105 CORPORATE DR<br>PLANO, TX 75024-4100 |
| Bank of America<br>7105 Corporate Drive, PTX B-209<br>Plano, TX 75024-4100 | Bank of America<br>P. O. Box 15026<br>Wilmington, DE 19850-5026 | Bank of America, N.A.<br>P.O. Box 660933<br>Dallas, TX 75266-0933 |
| Bank of New York Mellon<br>7105 Corporate Drive<br>PTX-B-29<br>Plano, TX 75024-4100 | Bank of New York Mellon<br>c/o KML Law Group PC<br>701 Market Street, Suite 5000<br>Attention: Michael McKeever, Esq.<br>Philadelphia, PA 19106-1541 | Donald R. Calaiaro<br>Calaiaro Valencik<br>428 Forbes Ave., Suite 900<br>Pittsburgh, PA 15219-1621 |
| Capital One<br>P. O. Box 30285, General Correspondence<br>Salt Lake City, UT 84130-0285 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712-1083 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| David Fein, Esquire<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Duquesne Light Company<br>c/o Peter J. Ashcroft<br>2200 Gulf Tower<br>Pittsburgh, PA 15219 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1908 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | FIFTH THIRD BANK<br>9441 LBJ FREEWAY,SUITE 350<br>DALLAS,TEXAS 75243-4652 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | GEMB/JCPenney<br>P. o. Box 981064<br>El Paso, TX 79998-1064 | Andrew F Gornall<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| HSBC Retail Services<br>P. O. Box 17602<br>Baltimore, MD 21297-1602 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Janelle L. McCullough<br>401 Wissner Avenue<br>Beaver Falls, PA 15010-2965 |
| Lance P. McCullough<br>401 Wissner Avenue<br>Beaver Falls, PA 15010-2965 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Mark B. Peduto<br>2361 Highland Avenue<br>Allison Park, PA 15101-3411 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Precision Recovery Analytics, Inc<br>c/o Cavalry Advisory Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 |


Precision Recovery Analytics, Inc.
c/o Cavalry Advisory Svcs
800 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Recovery Management Systems Corporation
25 S.E. Second Avenue
Suite 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Retail Services
P. O. Box 17602
Baltimore, MD 21297-1602

Sallie Mae Inc. on behalf of
Department of Education
P.O. Box 740351
Atlanta, GA. 30374-0351

Specialized Loan Servicing LLC
14841 Dallas Parkway Suite 300
Dallas, TX 75254-7883

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129-2386

The Bank of New York Mellon FKA The Bank of
14841 Dallas Parkway, Suite 300
DALLAS, TX 75254-7883

David Z. Valencik
Calaiaro Valencik
428 Forbes Ave., Suite 900
Pittsburgh, PA 15219-1621

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
TUCSON, AZ 85712-1083

eCast Settlement Corporation
PO Box 28136
New York, NY 10087-8136

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial Services
P. O. Box 81577
Austin, TX 78708-1577

(d)Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

Fifth Third Bank
P. O. Box 630778
Cincinnati, OH 45263

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(d)Specialized Loan Servicing LLC
8742 Lucent Blvd Suite 300
Highlands Ranch, CO 80129-2386

(u)The Bank of New York Mellon, et al...

End of Label Matrix
Mailable recipients     41
Bypassed recipients      3
Total                   44