# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 12-23412 GLT |
| Lance P. McCullough and | ) |
| Janelle M. McCullough, | ) **Chapter** 13 |
| **Debtors.** | ) |
| Standing Chapter 13 Trustee and | ) **Related Document No.** 160 |
| Lance P. McCullough, | ) |
| **Movants,** | ) **Document No.** |
| vs. | ) |
| Conyeager Spice Co., | ) |
| **Respondent.** | ) |

### CERTIFICATE OF SERVICE OF Notification of Debtor's Social Security Number and the Amended Wage Attachment Order dated January 19, 2017

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 26, 2017.

**Service by First Class Mail**:
Conyeager Spice Co.,   ATTN: Joni, Human Resource,   3035 New Butler Road, New Castle, PA 16101

Mr. and Mrs. Lance McCullough, 401 Wissner Lane, Beaver Falls, PA  15010

**Service by NEF**:
Office of the U.S. Trustee, 1001 Liberty Avenue, Suite 970, Liberty Center, Pittsburgh, PA  15222

Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: January 26, 2017          **BY:     /s/ David Z. Valencik**
**Donald R. Calaiaro, Esquire PA I.D. #27538**
dcalaiaro@c-vlaw.com
**David Z. Valencik, Esquire     PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 12-23412 GLT |
| Lance P. McCullough and | ) |
| Janelle M. McCullough, | ) **Chapter** 13 |
| **Debtors.** | ) |

## NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

Name of employer or other party subject to wage attachment: **Conyeager Spice Co.**

Debtor's name:  **Lance P. McCullough**

Debtor's nine digit social security number:  **xxx-xx-6747** (full number on notification to employee)

Debtor's address: **401 Wissner Lane, Beaver Falls, PA  15010**

This notification is accompanied by a Wage Attachment Order issued by a United States Bankruptcy Judge regarding attachment of the debtor's wages. The debtor's Social Security number is being provided to assist in complying with the court order.

**NOTE: BECAUSE THIS NOTICE DISCLOSES THE DEBTOR'S FULL SOCIAL SECURITY NUMBER, IT IS TO BE MAILED TO THE EMPLOYER BUT SHALL NOT BE FILED WITH THE BANKRUPTCY COURT.**

**Date:**  January 26, 2017       **BY:**     /s/ David Z. Valencik
                                  **Donald R. Calaiaro, Esquire PA I.D. #27538**
                                  dcalaiaro@c-vlaw.com
                                  **David Z. Valencik, Esquire    PA I.D. #308361**
                                  dvalencik@c-vlaw.com
                                  **CALAIARO VALENCIK**
                                  **428 Forbes Avenue, Suite 900**
                                  **Pittsburgh, PA  15219-1621**
                                  (412) 232-0930