**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
LANCE P. MCCULLOUGH
JANELLE L. MCCULLOUGH

    Debtor(s)

Ronda J. Winnecour

    Movant

vs.

BANK OF NEW YORK MELLON TRUST CO-TRUSTEE
    Respondent(s)

Case No. 12-23412GLT

Chapter 13

Document No.___

### INTERIM NOTICE OF CURE OF ARREARS

    Chapter 13 Trustee Ronda J. Winnecour gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full. This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

    The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 12
Court Claim Number - 8

2/6/2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   LANCE P. MCCULLOUGH
   JANELLE L. MCCULLOUGH

       Debtor(s)

  Ronda J. Winnecour

       Movant
    vs.

  BANK OF NEW YORK MELLON TRUST CO- TRUSTEE
       Respondent(s)

Case No.:12-23412GLT

Chapter 13

Document No.___

## CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

> LANCE P. MCCULLOUGH, JANELLE L. MCCULLOUGH, 401 WISSNER AVENUE, BEAVER FALLS, PA  15010
> DONALD R CALAIARO ESQ, STE 900 LAWYERS BUILDING, 428 FORBES AVE, PITTSBURGH, PA  15219
> BANK OF NEW YORK MELLON TRUST CO- TRUSTEE, C/O SPECIALIZED LOAN SERVICING LLC, BANKRUPTCY DEPARTMENT, PO BOX 636007, LITTLETON, CO  80163
> BANK OF NEW YORK MELLON, C/O SPECIALIZED LOAN SERVICING, ATTN BANKRUPTCY CASHIERING, 8742 LUCENT BLVD STE 300, HIGHLANDS RANCH, CO  80129
> JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

02/06/2017

/s/ Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com