**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Lance P. Mccullough |
| Debtor 2 (Spouse, if filing) | Janelle L. Mccullough |
| United States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case number | 12-23412-GLT |

Form 4100R

## Response to Interim Notice of Cure of Arrears 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4

**Court claim no.** (if known): 8-1

**Last 4 digits** of any number you use to identify the debtor's account: 9032

**Property address:** 401 Wissner Ave
Number    Street

Beaver Falls, Pennsylvania 15010
City            State    ZIP Code

### Part 2: Prepetition Default Payments

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payment consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 03/01/2017
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $0.00 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $0.00 |
| c. | Total. Add lines a and b. | (c) | $0.00 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   / /
MM / DD / YYYY

Debtor 1 _____  Case number (if known) _____
           First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies

✗ /s/ Carlos Hernandez-Vivoni                          Date  03/01/2017
  Signature

Print    Carlos Hernandez-Vivoni
         First Name    Middle Name    Last Name          Title   Authorized Agent for Specialized Loan Servicing LLC

Company  Buckley Madole, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   P. O. Box 9013
          Number          Street

          Addison, TX 75001
          City            State           Zip Code

Contact phone   (972) 643-6600        Email   POCInquiries@buckleymadole.com

# CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before March 1, 2017 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Lance P. Mccullough
401 Wissner Avenue
Beaver Falls, PA 15010-2965

**Co-Debtor** *Via U.S. Mail*
Janelle L. Mccullough
401 Wissner Avenue
Beaver Falls, PA 15010-2965

**Debtors' Attorney**
Mark B. Peduto
Attorney at Law
2361 Highland Avenue
Allison Park, PA  15101-3411

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, Pennsylvania 15219

Respectfully Submitted,

/s/ Carlos Hernandez-Vivoni