# Navient Solutions, Inc.

220 Lasley Avenue
Hanover Industrial Estates
Wilkes-Barre, PA  18706

April 3, 2017

RE: Case No:   12-23412

Name:      JANELLE L MCCULLOUGH

Bankruptcy Court Clerk:

Please Withdraw the Proof of claim #9   for the above named case, which was signed and sent to the court by Sallie Mae, Inc.  The proof of claim was submitted in error.

Any questions concerning this matter may be directed to the Centralized Bankruptcy at

1-800-251-4127

Sincerely,

/s/Jennifer Musial
Bankruptcy Analyst