FILED
4/18/17 6:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 12-23412-GLT |
| | Chapter 13 |
| LANCE P. McCULLOUGH and | |
| JANELLE L. McCULLOUGH, | Related to Dkt. No. 165 |
| | Also Relates to Claim No. 9 |
| Debtors. | |

## ORDER

This matter is before the Court upon the *Withdrawal of Claim* [Dkt. No. 165] filed by Navient Solutions, Inc. ("Navient") which seeks to withdraw Claim No. 9 on the Claims Register. Pursuant to Court records, Claim No. 9 is held by Sallie Mae, Inc. ("Sallie Mae"). To the extent Navient seeks to withdraw Claim No. 9, Navient must first provide evidence of the transfer of Claim No. 9 from Sallie Mae.

**AND NOW**, based upon the foregoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that on or before **May 17, 2017**, Navient shall file a transfer or assignment of claim to evidence the transfer of Claim No. 9 from Sallie Mae to Navient.

Dated: April 17, 2017

GREGORY J. TADDONIO    cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to Mail to:
Debtor
David Z. Valencik, Esq.
Sallie Mae, Inc.
Navient Solutions, Inc.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-23412-GLT
Lance P. McCullough                                                       Chapter 13
Janelle L. McCullough
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1           Date Rcvd: Apr 18, 2017
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2017.
db/jdb         +Lance P. McCullough,   Janelle L. McCullough,   401 Wissner Avenue,
                 Beaver Falls, PA 15010-2965
cr             +Navient Solutions, Inc.,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13777686       E-mail/PDF: pa_dc_ed@navient.com Apr 19 2017 00:54:04     Sallie Mae Inc. on behalf of,
                 Department of Education,   P.O. Box 740351,   Atlanta, GA. 30374-0351
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   The Bank of New York Mellon, et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David Z. Valencik    on behalf of Joint Debtor Janelle L. McCullough dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              David Z. Valencik    on behalf of Debtor Lance P. McCullough dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Janelle L. McCullough dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Lance P. McCullough dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York
               bkgroup@kmllawgroup.com
              Mark B. Peduto    on behalf of Debtor Lance P. McCullough pandaecfinbox@yahoo.com
              Mark B. Peduto    on behalf of Joint Debtor Janelle L. McCullough pandaecfinbox@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 12