FILED
6/2/17 6:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 12-23412-GLT |
| : | Chapter 13 |
| LANCE P. McCULLOUGH and : | |
| JANELLE L. McCULLOUGH, : | Related to Dkt. Nos. 165 and 166 |
| : | (Also relates to Claim No. 9) |
| Debtors. : | |
| : | Hearing: July 12, 2017 at 11:00 a.m. |

## ORDER TO SHOW CAUSE

This matter came before the Court upon Navient Solutions, Inc.'s ("Navient") request to withdraw Claim No. 9 on the claims register [Dkt. No. 165]. Because the record reflected that the claim was held by Sallie Mae, Inc., the Court issued its *Order* dated April 17, 2017 [Dkt. No. 166] requiring Navient to file a transfer or assignment of claim to evidence the transfer of Claim No. 9 from Sallie Mae, Inc. to Navient by May 17, 2017. As of the date of this *Order*, no transfer or assignment of claim has been filed.

**AND NOW**, based upon the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. An *Order to Show Cause* is issued against Navient to personally appear through a duly authorized representative or its legal counsel at a hearing before this Court on **July 12, 2017** at **11:00 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 to address its failure to comply with the Court's April 17 *Order*.

      2.      Any response to this *Order to Show Cause* shall be filed with the Clerk on or before **July 5, 2017**.

Dated: June 1, 2017

_____
GREGORY J. TADDONIO  cgt
UNITED STATES BANKRUTPCY JUDGE

Case administrator to mail to:
Lance P. and Janelle L. McCullough
David Z. Valencik, Esq.
Peter J. Ashcroft, Esq.
Navient Solutions, Inc.
Sallie Mae Inc.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

Navient Solutions, Inc.
Attn: Sarah Honeycutt, Litigation Analyst
11100 USA Parkway (MC E-3149)
Fishers, IN 46037

Navient Solutions, Inc.
Attn: Jennifer Musial, Bankruptcy Analyst
220 Lasley Avenue
Hanover Industrial Estates
Wilkes-Barre, PA 18706

Sallie Mae Inc. on behalf of the Department of Education
Attn: Jennifer Musial, Claims Analyst, Sallie Mae, Inc.
P.O. Box 740351
Atlanta, GA 30374-0351

Jennifer Musial
Jennifer.R.Musial@salliemae.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 12-23412-GLT
Lance P. McCullough                                              Chapter 13
Janelle L. McCullough
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam        Page 1 of 1        Date Rcvd: Jun 02, 2017
                            Form ID: pdf900   Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2017.
db/jdb     +Lance P. McCullough,   Janelle L. McCullough,   401 Wissner Avenue,
             Beaver Falls, PA 15010-2965
cr         +Navient Solutions, Inc.,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
           +Navient Solutions, Inc.,   Attn: Sarah Honeycutt, Litigation Analys,
             11100 USA Parkway (MC E-3149),   Fishers, IN 46037-9203
           +Navient Solutions, Inc.,   Attn: Jennifer Musial, Bankruptcy Analys,   220 Lasley Avenue,
             Hanover Industrial Estates,   Wilkes-Barre, PA 18706-1430
            Sallie Mae Inc. on behalf of the Department of Edu,   Attn: Jennifer Musial, Claims Analyst,,
             Sallie Mae, Inc.,   P.O. Box 740351,   Atlanta, GA 30374-0351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13777686       E-mail/PDF: pa_dc_ed@navient.com Jun 03 2017 00:33:54     Sallie Mae Inc. on behalf of,
             Department of Education,   P.O. Box 740351,   Atlanta, GA. 30374-0351
                                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          David Z. Valencik    on behalf of Joint Debtor Janelle L. McCullough dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
          David Z. Valencik    on behalf of Debtor Lance P. McCullough dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
          Donald R. Calaiaro    on behalf of Joint Debtor Janelle L. McCullough dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Lance P. McCullough dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
          James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
           bkgroup@kmllawgroup.com
          Mark B. Peduto    on behalf of Joint Debtor Janelle L. McCullough pandaecfinbox@yahoo.com
          Mark B. Peduto    on behalf of Debtor Lance P. McCullough pandaecfinbox@yahoo.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 12