IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 12-23412-GLT |
| | : | Chapter: | 13 |
| Lance P. McCullough | : | | |
| Janelle L. McCullough | : | | |
| | : | Date: | 7/12/2017 |
| *Debtor(s)*. | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:** #165 - Order to Show Cause Against Navient for Failure to Comply With Court Order Regarding Withdrawal of Claim [Dkt. No. 165] (Claim #9)
[Response due: 7-5-17]

**APPEARANCES:**
    Debtor: David Valencik
    Navient: No Appearance

**NOTES:**

Valencik - Only received Navient's request to withdraw claim.

**OUTCOME:**

1. Second OTSC against Navient to be issued.  (Chambers to prepare).

**DATED:** 7/12/2017

FILED
JUL 13 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA