**FILED**

JUL 13 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 12-23412-GLT |
| | : | Chapter 13 |
| LANCE P. MCCULLOUGH and | : | |
| JANELLE L. MCCULLOUGH, | : | |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
| NAVIENT SOLUTIONS, INC., | : | Related to Dkt. Nos. 165, 166, and 169 |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |

## SECOND ORDER TO SHOW CAUSE
## ISSUED AGAINST NAVIENT SOLUTIONS, INC.

This matter came before the Court upon the *Withdrawal of Claim* [Dkt. No. 165]

filed by Navient Solutions, Inc. ("Navient") on April 3, 2017. The *Withdrawal of Claim* sought

the withdrawal of Claim No. 9 in the amount of $129,079.97 filed by Sallie Mae Inc. on behalf

of the Department of Education ("Sallie Mae"). Because the record indicated that Claim No. 9 is

held by Sallie Mae, the Court issued its *Order* dated April 18, 2017 [Dkt. No. 166] requiring

Navient to file a transfer or assignment of claim on or before May 17, 2017 to evidence the

transfer from Sallie Mae to Navient.

No transfer of assignment or claim was filed by the May 17 deadline. On June 2,

2017, the Court issued an *Order to Show Cause* [Dkt. No. 169] directing Navient to personally

appear through a duly authorized representative or its legal counsel at a hearing before the Court

on July 12, 2017 to address its failure to comply with the April 17 *Order*. No representative or

counsel appeared on behalf of Navient at the July 12 hearing.  Further, as of the date of this *Order*, a transfer or assignment of claim remains unfiled.

        **AND NOW**, based upon the foregoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

        1.    A *Second Order to Show Cause* is issued against Navient to personally appear through a duly authorized representative or its legal counsel at a hearing before this Court on **August 9, 2017** at **11:00 a.m.** in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219, to show cause as to why Navient should not be held in contempt for its failure to comply with both the April 17 *Order* and the *Order to Show Cause* and to appear at the July 12 hearing in violation of the *Order to Show Cause*.

        2.    Any response to this ***Order to Show Cause*** shall be filed on or before **August 2, 2017**.

Dated: July 12, 2017

                                  GREGORY L. ADDONIO  mt
                                  UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Lance P. and Janelle L. McCullough
David Z. Valencik, Esq.
Navient Solutions, Inc.
Sallie Mae Inc.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

Navient Solutions, Inc.
Attn:  Jack Remondi, CEO
123 Justison St.
Wilmington, DE  19801

Navient Solutions, Inc.
Attn:  Sarah Honeycutt, Litigation Analyst
11100 USA Parkway (MC E-3149)
Fishers, IN  46037

Navient Solutions, Inc.
Attn:  Jennifer Musial, Claims Analyst
220 Lasley Avenue
Hanover Industrial Estate
Wilkes-Barre, PA  18706

Sallie Mae Inc. on behalf of the Dept. of Education
Attn:  Jennifer Musial, Claims Analyst
P.O. Box 740351
Atlanta, GA  30374-0351

Jennifer Musial
Jennifer.R.Musial@salliemae.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 12-23412-GLT
Lance P. McCullough                                             Chapter 13
Janelle L. McCullough
        Debtors

### CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam          Page 1 of 1        Date Rcvd: Jul 13, 2017
                           Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2017.
db        +Lance P. McCullough,   401 Wissner Avenue,   Beaver Falls, PA 15010-2965
cr        +Navient Solutions, Inc.,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
          +Navient Solutions, Inc.,   Attn: Sarah Honeycutt, Litigation Analys,
           11100 USA Parkway (MC E-3149),   Fishers, IN 46037-9203
          +Navient Solutions, Inc.,   Attn: Jack Remondi, CEO,   123 Justison St.,
           Wilmington, DE 19801-5360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13777686       E-mail/PDF: pa_dc_ed@navient.com Jul 14 2017 01:39:40    Sallie Mae Inc. on behalf of,
               Department of Education,   P.O. Box 740351,   Atlanta, GA. 30374-0351
                                                                        TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   The Bank of New York Mellon, et al...
           agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          David Z. Valencik    on behalf of Joint Debtor Janelle L. McCullough dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
          David Z. Valencik    on behalf of Debtor Lance P. McCullough dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
          Donald R. Calaiaro    on behalf of Joint Debtor Janelle L. McCullough dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Lance P. McCullough dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
          James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York
           bkgroup@kmllawgroup.com
          Mark B. Peduto    on behalf of Joint Debtor Janelle L. McCullough pandaecfinbox@yahoo.com
          Mark B. Peduto    on behalf of Debtor Lance P. McCullough pandaecfinbox@yahoo.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
           inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 12