Certificate Number: 05781-PAW-DE-029592046

Bankruptcy Case Number: 12-23412



05781-PAW-DE-029592046

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2017, at 4:30 o'clock PM PDT, Janelle McCullough completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 17, 2017            By:    /s/Allison M Geving

                                Name:  Allison M Geving

                                Title: President