Certificate Number: 05781-PAW-DE-029592047

Bankruptcy Case Number: 12-23412



05781-PAW-DE-029592047

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2017, at 4:30 o'clock PM PDT, Lance McCullough completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 17, 2017                    By:    /s/Allison M Geving

                                         Name:  Allison M Geving

                                         Title: President