**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  LANCE P. MCCULLOUGH
  JANELLE L. MCCULLOUGH
       Debtor(s)
  Ronda J. Winnecour, Trustee
       Movant
         vs.
  LANCE P. MCCULLOUGH
  JANELLE L. MCCULLOUGH

       Respondents

Case No. 12-23412GLT

Chapter 13

Document No. 182

FILED
8/21/17 11:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this   21st   day of   August  , 20 17, it is hereby ORDERED, ADJUDGED, and DECREED that,

   Cohyeager Spice Co
   Attn: Payroll Manager
   3035 New Butler Rd
   New Castle, PA 16101

is hereby ordered to immediately terminate the attachment of the wages of LANCE P. MCCULLOUGH, social security number XXX-XX-6747. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LANCE P. MCCULLOUGH.

BY THE COURT:

_____jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lance P. McCullough  
Janelle L. McCullough  
     Debtors

Case No. 12-23412-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: jhel   Page 1 of 1   Date Rcvd: Aug 21, 2017  
                  Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2017.  
db         +Lance P. McCullough,    401 Wissner Avenue,    Beaver Falls, PA 15010-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2017 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...  
         agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,  
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        David Z. Valencik    on behalf of Debtor Lance P. McCullough dvalencik@c-vlaw.com,  
         cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com  
        David Z. Valencik    on behalf of Joint Debtor Janelle L. McCullough dvalencik@c-vlaw.com,  
         cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com  
        Donald R. Calaiaro    on behalf of Joint Debtor Janelle L. McCullough dcalaiaro@c-vlaw.com,  
         cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com  
        Donald R. Calaiaro    on behalf of Debtor Lance P. McCullough dcalaiaro@c-vlaw.com,  
         cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com  
        James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York  
         bkgroup@kmllawgroup.com  
        Mark B. Peduto    on behalf of Joint Debtor Janelle L. McCullough pandaecfinbox@yahoo.com  
        Mark B. Peduto    on behalf of Debtor Lance P. McCullough pandaecfinbox@yahoo.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                            TOTAL: 12