220 Lasley Avenue
Hanover Industrial Estates
Wilkes-Barre, PA  18706

# Navient Solutions, LLC.

August 29, 2017

RE: Case No 12-23412
Janelle McCullough

Bankruptcy Court Clerk:

Please Withdraw the Proof of claim #9 for the above named case, which was signed and sent to the court by Sallie Mae Inc. obo The Dept of Ed.  The proof of claim was submitted in error.

Any questions concerning this matter may be directed to the Centralized Bankruptcy at

1-800-251-4127

Sincerely,


/s/ Melissa Yateshin
Bankruptcy Analyst