# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankr. Case No.: 12-23412-GLT |
| LANCE B. MCCULLOUGH and JANELLE L. MCCULLOUGH | : | Chapter 13 |
| Debtor. | : | |

### CERTIFICATE OF SERVICE OF NAVIENT SOLUTIONS, LLC'S CONSENTED MOTION TO CONTINUE HEARING ON THIS COURT'S ORDER FINDING NAVIENT SOLUTIONS, INC. IN CONTEMPT AND THIRD ORDER TO SHOW CAUSE

I certify under penalty of perjury that I served Navient Solutions, LLC's Consent Motion To Continue Hearing On This Court's Order Finding Navient Solutions, Inc. In Contempt And Third Order To Show Cause on the parties at the addresses specified below on August 30, 2017, by First-Class Mail, postage prepaid and electronic mail as set forth below.

Donald Calaiaro, Esquire  
CALAIARO/VALENCIK  
428 Forbes Ave., Suite 900  
Pittsburgh, PA 15219  
dcalaiaro@c-vlaw.com

David C. Valencik, Esquire  
CALAIARO/VALENCIK  
2361 Highland Ave.  
Allison Park, PA 15101

Ronda J. Winnecour  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  
rwinnecour@chapter13trusteewdpa.com

US Attorney Office  
Attn: Jill Locnikar  
700 Grant Street, Suite 4000  
Pittsburgh, PA 15219

US Attorney's Office  
700 Grant Street, Suite 4000  
Pittsburgh, PA 15219

By:   /s/ Allison L. Carr  
Allison L. Carr (PA Bar No. 203815)  
BERNSTEIN-BURKLEY, P.C.  
Suite 2200 Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
Telephone: (412) 456-8100  
Facsimile: (412) 456-8135  
E-mail: acarr@bernsteinlaw.com

Attorneys for Navient Solutions, LLC