**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 12-23412-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Lance P. McCullough<br>401 Wissner Avenue<br>Beaver Falls PA 15010 | Janelle L. McCullough<br>401 Wissner Avenue<br>Beaver Falls PA 15010 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/29/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Sallie Mae Inc. on behalf of, Department of Education, P.O. Box 740351, Atlanta, GA. 30374-0351 | Navient Solutions, LLC.obo Dept of Ed<br>Loan Services<br>PO BOX 9635 Wilkes-Barre, PA 18773-9635 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/01/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 12-23412-GLT
Lance P. McCullough                                                                 Chapter 13
Janelle L. McCullough
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Aug 30, 2017
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13777686       E-mail/PDF: pa_dc_ed@navient.com Aug 31 2017 01:32:25      Sallie Mae Inc. on behalf of,
       Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...
          agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         David Z. Valencik    on behalf of Debtor Lance P. McCullough dvalencik@c-vlaw.com,
          cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
         David Z. Valencik    on behalf of Joint Debtor Janelle L. McCullough dvalencik@c-vlaw.com,
          cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
         Donald R. Calaiaro    on behalf of Joint Debtor Janelle L. McCullough dcalaiaro@c-vlaw.com,
          cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
         Donald R. Calaiaro    on behalf of Debtor Lance P. McCullough dcalaiaro@c-vlaw.com,
          cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
         James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
          bkgroup@kmllawgroup.com
         Mark B. Peduto    on behalf of Joint Debtor Janelle L. McCullough pandaecfinbox@yahoo.com
         Mark B. Peduto    on behalf of Debtor Lance P. McCullough pandaecfinbox@yahoo.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 12