**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankr. Case No.: 12-23412-GLT |
| | : | |
| LANCE B. MCCULLOUGH and | : | Chapter 13 |
| JANELLE L. MCCULLOUGH | : | |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE OF NAVIENT SOLUTIONS, LLC'S**
**RESPONSE TO ORDER FINDING NAVIENT IN CONTEMPT OF COURT**
**AND ORDER TO SHOW CAUSE (Doc. No. 191)**

I certify under penalty of perjury that I served Navient Solutions, LLC's Response to Order Finding Navient Solutions, Inc. In Contempt And Third Order To Show Cause (Doc. No. 191) on the parties at the addresses specified below on September 7, 2017, 2017, by First-Class Mail, postage prepaid and electronic mail as set forth below.

| | | |
|---|---|---|
| Donald Calaiaro, Esquire | David C. Valencik, Esquire | Ronda J. Winnecour |
| CALAIARO/VALENCIK | CALAIARO/VALENCIK | Suite 3250, USX Tower |
| 428 Forbes Ave., Suite 900 | 2361 Highland Ave. | 600 Grant Street |
| Pittsburgh, PA 15219 | Allison Park, PA 15101 | Pittsburgh, PA 15219 |
| dcalaiaro@c-vlaw.com | | rwinnecour@chapter13trusteewdpa.com |

| | |
|---|---|
| US Attorney Office | US Attorney's Office |
| Attn: Jill Locnikar | 700 Grant Street, Suite 4000 |
| 700 Grant Street, Suite 4000 | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15219 | |

By:  */s/ Allison L. Carr*
Allison L. Carr (PA Bar No. 203815)
BERNSTEIN-BURKLEY, P.C.
Suite 2200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 456-8100
Facsimile: (412) 456-8135
E-mail: acarr@bernsteinlaw.com

Attorneys for Navient Solutions, LLC