**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankr. Case No.: 12-23412-GLT |
| LANCE B. MCCULLOUGH and JANELLE L. MCCULLOUGH | : | Chapter 13 |
| | : | Related Doc. No. 197 |
| Debtor. | : | Hearing Date: Oct. 4, 2017 @ 11:30AM |

**CERTIFICATE OF SERVICE OF MODIFIED ORDER CONTINUING HEARING ON THE COURT'S ORDER FINDING NAVIENT IN CONTEMPT OF COURT AND ORDER TO SHOW CAUSE (Doc. No. 197)**

   I certify under penalty of perjury that I served the Modified Order Continuing the Hearing on the Court's Order Finding Navient Solutions, Inc. In Contempt And Third Order To Show Cause (Doc. No. 197) on the parties at the addresses specified below on September 7, 2017, 2017, by First-Class Mail, postage prepaid and electronic mail as set forth below.

| | | |
|---|---|---|
| Donald Calaiaro, Esquire<br>CALAIARO/VALENCIK<br>428 Forbes Ave., Suite 900<br>Pittsburgh, PA 15219<br>dcalaiaro@c-vlaw.com | David C. Valencik, Esquire<br>CALAIARO/VALENCIK<br>2361 Highland Ave.<br>Allison Park, PA 15101 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>rwinnecour@<br>chapter13trusteewdpa.com |
| US Attorney Office<br>Attn: Jill Locnikar<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 | US Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 | |

       By:  */s/ Allison L. Carr*
           Allison L. Carr (PA Bar No. 203815)
           BERNSTEIN-BURKLEY, P.C.
           Suite 2200 Gulf Tower
           707 Grant Street
           Pittsburgh, PA  15219
           Telephone:  (412) 456-8100
           Facsimile:  (412) 456-8135
           E-mail:  acarr@bernsteinlaw.com

           Attorneys for Navient Solutions, LLC