Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Lance P. McCullough** | : | Case No. 12–23412–GLT |
| **Janelle L. McCullough** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 206 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/17/18 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

     *AND NOW,* this **30th day of October, 2017**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 206 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  **On or before December 14, 2017**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on **January 17, 2018 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

     *[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-23412-GLT
Lance P. McCullough                                                   Chapter 13
Janelle L. McCullough
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Oct 30, 2017
                              Form ID: 604            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2017.
```
db/jdb         +Lance P. McCullough,   Janelle L. McCullough,    401 Wissner Avenue,
                 Beaver Falls, PA 15010-2965
cr             +BANK OF AMERICA, N.A.,   7105 CORPORATE DR,    PLANO, TX 75024-4100
cr              Duquesne Light Company,   c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA  15219
cr             +Navient Solutions, Inc.,   220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
cr              Navient Solutions, LLC obo The Dept of Ed,    PO BOX 9635,   Wilkes-Barre, PA  18773-9635
cr             +Specialized Loan Servicing LLC,   14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr             +THE BANK OF NEW YORK MELLON,   P. O. Box 9013,    Addison, TX 75001-9013
cr             +THE BANK OF NEW YORK MELLON,   14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +The Bank of New York Mellon FKA The Bank of New Yo,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
13435150       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13424733       +Bank of America,   P. O. Box 15026,    Wilmington, DE 19850-5026
13424734       +Bank of America,   7105 Corporate Drive, PTX B-209,    Plano, TX 75024-4100
13507836        Bank of America, N.A.,   P.O. Box 660933,    Dallas, TX 75266-0933
13424735       +Bank of New York Mellon,   c/o KML Law Group PC,    701 Market Street, Suite 5000,
                 Attention: Michael McKeever, Esq.,    Philadelphia, PA 19106-1541
13415205       +Bank of New York Mellon,   7105 Corporate Drive,    PTX-B-29,   Plano, TX 75024-4100
13424736       +Capital One,   P. O. Box 30285, General Correspondence,    Salt Lake City, UT 84130-0285
13424737       ++DELL FINANCIAL SERVICES,   P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services,    P. O. Box 81577,   Austin, TX 78708-1577)
13415206       +David Fein, Esquire,   KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13424738       ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                 (address filed with court: Fifth Third Bank,    P. O. Box 630778,   Cincinnati, OH 45263)
13423731       +FIFTH THIRD BANK,   9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
13424740       +HSBC Retail Services,   P. O. Box 17602,    Baltimore, MD 21297-1602
14684082        Navient Solutions, LLC.obo Dept of Ed,   Loan Services,
                 PO BOX 9635 Wilkes-Barre, PA 18773-9635
13424741        Precision Recovery Analytics, Inc.,   c/o Cavalry Advisory Svcs,
                 800 Summit Lake Drive, Suite 400,   Valhalla, NY 10595
13424742       +Retail Services,   P. O. Box 17602,   Baltimore, MD 21297-1602
13942323       +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13618708        eCast Settlement Corporation,   PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bnc@bass-associates.com Oct 31 2017 01:18:24     Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 31 2017 01:14:26
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Oct 31 2017 01:18:24     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13451730       +E-mail/Text: bnc@bass-associates.com Oct 31 2017 01:18:23     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13476569       +E-mail/Text: kburkley@bernsteinlaw.com Oct 31 2017 01:19:47     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13424739       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2017 01:14:36     GEMB/JCPenney,   P. o. Box 981064,
                 El Paso, TX 79998-1064
13509896        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2017 01:22:04     LVNV Funding LLC,
                 c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13501395        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2017 01:22:07
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13422865       +E-mail/Text: bankruptcy@cavps.com Oct 31 2017 01:19:28     Precision Recovery Analytics, Inc,
                 c/o Cavalry Advisory Services,   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13421920        E-mail/PDF: rmscedi@recoverycorp.com Oct 31 2017 01:14:39
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13777686        E-mail/PDF: pa_dc_ed@navient.com Oct 31 2017 01:22:05     Sallie Mae Inc. on behalf of,
                 Department of Education,   P.O. Box 740351,   Atlanta, GA. 30374-0351
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon, et al...
```

```
District/off: 0315-2          User: jhel                  Page 2 of 2                   Date Rcvd: Oct 30, 2017
                              Form ID: 604                Total Noticed: 37
```

```
cr*             LVNV Funding LLC,   c/o Resurgent Capital Services,   P.O. Box 10587,
                  Greenville, SC  29603-0587
cr*            +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
13430064*      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                   PO Box 10390,   Greenville, SC 29603-0390)
                                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2017 at the address(es) listed below:
```
              Allison L. Carr    on behalf of Creditor    Navient Solutions, Inc. acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Allison L. Carr    on behalf of Creditor    Navient Solutions, LLC obo The Dept of Ed
               acarr@bernsteinlaw.com,   acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Andrew F Gornall    on behalf of Creditor   The Bank of New York Mellon, et al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David Z. Valencik    on behalf of Joint Debtor Janelle L. McCullough dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              David Z. Valencik    on behalf of Debtor Lance P. McCullough dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Janelle L. McCullough dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Lance P. McCullough dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
               bkgroup@kmllawgroup.com
              Mark B. Peduto    on behalf of Joint Debtor Janelle L. McCullough pandaecfinbox@yahoo.com
              Mark B. Peduto    on behalf of Debtor Lance P. McCullough pandaecfinbox@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 14
```