# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 12-23412 GLT |
| | ) |
| Lance P. McCullough and | ) **Chapter** 13 |
| Janelle M. McCullough, | ) |
| | ) |
| **Debtors.** | ) **Document No.** |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On July 18, 2017, at docket numbers 177 and 178, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* the Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

**Dated:** December 14, 2017        **BY:**    /s/ Donald R. Calaiaro
                                    **Donald R. Calaiaro, Esquire, PA I.D. #27538**
                                    **dcalaiaro@c-vlaw.com**

                                    **BY:**    /s/ David Z. Valencik
                                    **David Z. Valencik, Esquire,   PA I.D. #308361**
                                    **dvalencik@c-vlaw.com**

                                    **BY:**    /s/ Michael Kaminski
                                    **Michael Kaminski, Esquire,   PA I.D. 53493**
                                    **mkaminski@c-vlaw.com**

                                    **CALAIARO VALENCIK**
                                    **428 Forbes Avenue, Suite 900**
                                    **Pittsburgh, PA  15219-1621**
                                    **(412) 232-0930**

**PAWB Local Form 24 (07/13)**