### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 12-23412 GLT |
| | ) **Chapter** 13 |
| Lance P. McCullough and | ) **Related Document No.** 208 |
| Janelle M. McCullough, | ) **Status Conf.** 01/17/18 @ 11:00 a.m. |
| | ) **Response Due:** 12/14/17 |
| **Debtors.** | ) **Document No.** |

## RESPONSE TO THE ORDER DATED OCTOBER 30, 2017

**AND NOW**, come the Debtors, by and through their Counsel, Calaiaro Valencik and David Z. Valencik and present the following:

1. The Court entered an Order Setting Status Conference for the Debtors' failure to file a Certificate of Discharge Eligibility on October 30, 2017.

2. The Court set December 14, 2017, as the response deadline in the October 30, 2017, Order.

3. After review, Counsel for the Debtor prepared and completed the Certificate of Discharge Eligibility with the Debtors, but it was not filed with the Court.

4. Counsel for the Debtors filed the Certificate of Discharge Eligibility with the Court on December 14, 2017.

**DATE**: December 14, 2017

**BY:**     /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:**     /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**BY:**     /s/ Michael Kaminski
**Michael Kaminski, Esquire,   PA I.D. 53493**
mkaminski@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**