**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lance P. McCullough** | Social Security number or ITIN **xxx–xx–6747** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Janelle L. McCullough** | Social Security number or ITIN **xxx–xx–2645** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **12–23412–GLT**

## Order of Discharge                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lance P. McCullough                                Janelle L. McCullough

12/18/17                               **By the court:**    Gregory L. Taddonio
                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 12-23412-GLT
Lance P. McCullough                                                    Chapter 13
Janelle L. McCullough
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dkam              Page 1 of 2          Date Rcvd: Dec 18, 2017
                             Form ID: 3180W          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
db/jdb         +Lance P. McCullough,    Janelle L. McCullough,    401 Wissner Avenue,
                 Beaver Falls, PA 15010-2965
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +Navient Solutions, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
cr              Navient Solutions, LLC obo The Dept of Ed,    PO BOX 9635,    Wilkes-Barre, PA  18773-9635
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr             +THE BANK OF NEW YORK MELLON,    P. O. Box 9013,    Addison, TX 75001-9013
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +The Bank of New York Mellon FKA The Bank of New Yo,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
13507836        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13424735       +Bank of New York Mellon,    c/o KML Law Group PC,    701 Market Street, Suite 5000,
                 Attention: Michael McKeever, Esq.,    Philadelphia, PA 19106-1541
13415206       +David Fein, Esquire,    KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13424738      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,     P. O. Box 630778,    Cincinnati, OH 45263)
13423731       +FIFTH THIRD BANK,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
14684082        Navient Solutions, LLC.obo Dept of Ed,    Loan Services,
                 PO BOX 9635 Wilkes-Barre, PA 18773-9635
13424741        Precision Recovery Analytics, Inc.,    c/o Cavalry Advisory Svcs,
                 800 Summit Lake Drive, Suite 400,    Valhalla, NY 10595
13942323       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13618708        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2017 01:23:12     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: BANKAMER.COM Dec 19 2017 01:23:00      BANK OF AMERICA, N.A.,    7105 CORPORATE DR,
                 PLANO, TX 75024-4100
cr             +EDI: BASSASSOC.COM Dec 19 2017 01:23:00      Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr              EDI: RECOVERYCORP.COM Dec 19 2017 01:23:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
cr             +EDI: BASSASSOC.COM Dec 19 2017 01:23:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13435150        EDI: BANKAMER2.COM Dec 19 2017 01:23:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
13424733       +EDI: BANKAMER.COM Dec 19 2017 01:23:00      Bank of America,    P. O. Box 15026,
                 Wilmington, DE 19850-5026
13424734       +EDI: BANKAMER.COM Dec 19 2017 01:23:00      Bank of America,    7105 Corporate Drive, PTX B-209,
                 Plano, TX 75024-4100
13415205       +EDI: BANKAMER.COM Dec 19 2017 01:23:00      Bank of New York Mellon,    7105 Corporate Drive,
                 PTX-B-29,    Plano, TX 75024-4100
13424736       +EDI: CAPITALONE.COM Dec 19 2017 01:23:00      Capital One,
                 P. O. Box 30285, General Correspondence,    Salt Lake City, UT 84130-0285
13451730       +EDI: BASSASSOC.COM Dec 19 2017 01:23:00      Capital One, N.A.,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13424737        EDI: RCSDELL.COM Dec 19 2017 01:23:00      Dell Financial Services,    P. O. Box 81577,
                 Austin, TX 78708-1577
13476569       +E-mail/Text: kburkley@bernsteinlaw.com Dec 19 2017 01:23:55     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13424739       +EDI: RMSC.COM Dec 19 2017 01:23:00      GEMB/JCPenney,    P. o. Box 981064,
                 El Paso, TX 79998-1064
13424740       +EDI: HFC.COM Dec 19 2017 01:23:00      HSBC Retail Services,    P. O. Box 17602,
                 Baltimore, MD 21297-1602
13509896        EDI: RESURGENT.COM Dec 19 2017 01:23:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13501395        EDI: PRA.COM Dec 19 2017 01:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13422865       +E-mail/Text: bankruptcy@cavps.com Dec 19 2017 01:23:38     Precision Recovery Analytics, Inc,
                 c/o Cavalry Advisory Services,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13421920        EDI: RECOVERYCORP.COM Dec 19 2017 01:23:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13424742       +EDI: HFC.COM Dec 19 2017 01:23:00      Retail Services,    P. O. Box 17602,
                 Baltimore, MD 21297-1602
13777686        EDI: NAVIENTFKASMDOE.COM Dec 19 2017 01:23:00      Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
                                                                                              TOTAL: 21

```
District/off: 0315-2              User: dkam                  Page 2 of 2                  Date Rcvd: Dec 18, 2017
                                  Form ID: 3180W              Total Noticed: 38
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          The Bank of New York Mellon, et al...
cr*         LVNV Funding LLC,   c/o Resurgent Capital Services,   P.O. Box 10587,
             Greenville, SC   29603-0587
cr*        +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
13430064*  ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
            (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
              PO Box 10390,   Greenville, SC 29603-0390)
                                                                                           TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2017 at the address(es) listed below:

```
              Allison L. Carr    on behalf of Creditor    Navient Solutions, Inc. acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Allison L. Carr    on behalf of Creditor    Navient Solutions, LLC obo The Dept of Ed
               acarr@bernsteinlaw.com,   acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David Z. Valencik    on behalf of Joint Debtor Janelle L. McCullough dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              David Z. Valencik    on behalf of Debtor Lance P. McCullough dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Janelle L. McCullough dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Lance P. McCullough dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
               bkgroup@kmllawgroup.com
              Mark B. Peduto    on behalf of Joint Debtor Janelle L. McCullough pandaecfinbox@yahoo.com
              Mark B. Peduto    on behalf of Debtor Lance P. McCullough pandaecfinbox@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 14
```