IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/18/17 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
LANCE P. MCCULLOUGH
JANELLE L. MCCULLOUGH
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:12-23412

Chapter 13

Related to Dkt. No. 206

ORDER OF COURT

AND NOW, this __18th__ day of __December__, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by:   Ronda J. Winnecour, Esq.

DEFAULT ENTRY

Dated: December 18, 2017

_____
Gregory L. Taddonio    jah
United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 12-23412-GLT
Lance P. McCullough                                                Chapter 13
Janelle L. McCullough
          Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam                  Page 1 of 2                  Date Rcvd: Dec 18, 2017
                              Form ID: pdf900             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
db/jdb         +Lance P. McCullough,    Janelle L. McCullough,    401 Wissner Avenue,
                 Beaver Falls, PA 15010-2965
cr             +BANK OF AMERICA, N.A.,    7105 CORPORATE DR,    PLANO, TX 75024-4100
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +Navient Solutions, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
cr              Navient Solutions, LLC obo The Dept of Ed,    PO BOX 9635,    Wilkes-Barre, PA  18773-9635
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr             +THE BANK OF NEW YORK MELLON,    P. O. Box 9013,    Addison, TX 75001-9013
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +The Bank of New York Mellon FKA The Bank of New Yo,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
13435150       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13424733       +Bank of America,    P. O. Box 15026,    Wilmington, DE 19850-5026
13424734       +Bank of America,    7105 Corporate Drive, PTX B-209,    Plano, TX 75024-4100
13507836        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13424735       +Bank of New York Mellon,    c/o KML Law Group PC,    701 Market Street, Suite 5000,
                 Attention: Michael McKeever, Esq.,    Philadelphia, PA 19106-1541
13415205       +Bank of New York Mellon,    7105 Corporate Drive,    PTX-B-29,    Plano, TX 75024-4100
13424736       +Capital One,    P. O. Box 30285, General Correspondence,    Salt Lake City, UT 84130-0285
13424737       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court:  Dell Financial Services,    P. O. Box 81577,    Austin, TX 78708-1577)
13415206       +David Fein, Esquire,    KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13424738       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court:  Fifth Third Bank,    P. O. Box 630778,    Cincinnati, OH 45263)
13423731       +FIFTH THIRD BANK,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
13424740       +HSBC Retail Services,    P. O. Box 17602,    Baltimore, MD 21297-1602
14684082        Navient Solutions, LLC.obo Dept of Ed,    Loan Services,
                 PO BOX 9635 Wilkes-Barre, PA 18773-9635
13424741        Precision Recovery Analytics, Inc.,    c/o Cavalry Advisory Svcs,
                 800 Summit Lake Drive, Suite 400,    Valhalla, NY 10595
13424742       +Retail Services,    P. O. Box 17602,    Baltimore, MD 21297-1602
13942323       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13618708        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Dec 19 2017 01:22:54     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr              E-mail/PDF: rmscedi@recoverycorp.com Dec 19 2017 01:26:27
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Dec 19 2017 01:22:54     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13451730       +E-mail/Text: bnc@bass-associates.com Dec 19 2017 01:22:54     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13476569       +E-mail/Text: kburkley@bernsteinlaw.com Dec 19 2017 01:23:57     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13424739       +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2017 01:19:29     GEMB/JCPenney,    P. o. Box 981064,
                 El Paso, TX 79998-1064
13509896        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2017 01:26:27     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13501395        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2017 01:32:31
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13422865       +E-mail/Text: bankruptcy@cavps.com Dec 19 2017 01:23:40     Precision Recovery Analytics, Inc,
                 c/o Cavalry Advisory Services,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13421920        E-mail/PDF: rmscedi@recoverycorp.com Dec 19 2017 01:26:17
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13777686        E-mail/PDF: pa_dc_ed@navient.com Dec 19 2017 01:19:29     Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon, et al...
```

```
District/off: 0315-2          User: dkam                  Page 2 of 2                  Date Rcvd: Dec 18, 2017
                              Form ID: pdf900             Total Noticed: 37

cr*            LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC   29603-0587
cr*           +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13430064*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
                                                                                            TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2017 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Navient Solutions, Inc. acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Allison L. Carr    on behalf of Creditor    Navient Solutions, LLC obo The Dept of Ed
               acarr@bernsteinlaw.com,    acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David Z. Valencik    on behalf of Joint Debtor Janelle L. McCullough dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              David Z. Valencik    on behalf of Debtor Lance P. McCullough dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Janelle L. McCullough dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Lance P. McCullough dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
               bkgroup@kmllawgroup.com
              Mark B. Peduto    on behalf of Joint Debtor Janelle L. McCullough pandaecfinbox@yahoo.com
              Mark B. Peduto    on behalf of Debtor Lance P. McCullough pandaecfinbox@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 14